**2010–1045. State ex rel. Scanlon v. Pepple.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.
   Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*January 14, 2011*

[Cite as *01/14/2011 Case Announcements #2*, 2011-Ohio-133.]

## MOTION AND PROCEDURAL RULINGS

**2011–0065. State v. McAlmont.**
Clark App. No. 09–CA–21, 2010-Ohio-5879. This cause is pending before the court as a discretionary appeal and claimed appeal of right.
Upon consideration of appellant's motion for stay of the court of appeals' judgment, it is ordered by the court that the motion is granted.
   PFEIFER, J., dissents and would deny the motion.

# CASE ANNOUNCEMENTS

*January 18, 2011*

[Cite as *01/18/2011 Case Announcements*, 2011-Ohio-132.]

## MOTION AND PROCEDURAL RULINGS

**2010–1315. State v. Gould.**
Lucas App. No. L–08–1383, 2010-Ohio-3437. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County.
   Upon consideration of appellee's motion for appointment of counsel, it is ordered by the court that the motion is granted and Jeremy J. Masters of the Ohio Public Defender's Office is appointed to represent appellee.